

**September 8, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00752 | State v. Quizon | Reversed |

**September 21, 2015**

| | | |
|---|---|---|
| CAAP–14–00 01043, CAAP–14–00 01044 | State v. Balcita | Affirmed |

**September 24, 2015**

| | | |
|---|---|---|
| CAAP–13–00 05968 | State v. Jim | Affirmed |

**September 25, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00901 | State v. Legaspi | Affirmed |
| CAAP–15–00 00040 | Star v. State | Affirmed |

**September 28, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00441 | State v. Armitage | Affirmed |
| CAAP–12–00 01025 | State v. Bayudan | Affirmed |
| CAAP–14–00 00498 | State v. Elizares | Affirmed |